**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | |
|---|---|
| NANCY ALICE JONES, Individually and as the Personal Representative of the ESTATE OF DAVID ALLEN JONES, and SCOTT ALBERT JONES, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>FRANCIS JOHN NABER,<br><br>Defendant. | **NO. 18-CV-1021-MAR**<br><br>**SPECIAL VERDICT FORM** |

We find the following verdict on the questions submitted to us:

**QUESTION NO. 1:** Was Defendant Francis John Naber at fault?

Answer "yes" or "no."

ANSWER: Yes

If your answer is "no," do not answer Question No. 2.

**QUESTION NO. 2:** Was the fault of Defendant Francis John Naber a cause of any item of damage to Plaintiffs?

Answer "yes" or "no."

ANSWER: Yes

If your answer to either Question No. 1 or Question No. 2 is "no," then you shall not assign any fault to Defendant Francis John Naber. If your answer to either Question No. 1 or Question No. 2 is "no," then you shall not answer any further questions.

**QUESTION NO. 3:** Was David Allen Jones at fault?

Answer "yes" or "no."

ANSWER: Yes

If your answer is "no," do not answer Question No. 4.

**QUESTION NO. 4:** Was the fault of David Allen Jones a cause of any item of damage to Plaintiffs?

Answer "yes" or "no."

ANSWER: Yes

If your answer to either Question No. 3 or Question No. 4 is "no," then you shall not assign any fault to David Allen Jones.

**QUESTION NO. 5:** What percentage of the total fault do you attribute to Defendant Francis John Naber and to David Allen Jones? The percentages must total 100%.

ANSWER:

| | |
|---|---|
| Defendant Francis John Naber | 65 % |
| David Allen Jones | % 35 |
| | Total = 100% |

**If you find David Allen Jones to be more than 50% at fault, do not answer Question No. 6.**

**QUESTION NO. 6:** State the amount of damages sustained by Plaintiffs for each of the following items of damage. Do not take into consideration any reduction of damages due to David Jones' fault. If Plaintiffs have failed to prove any item of damage, or have failed to prove that any item was caused by Defendant Francis John Naber's fault, enter "0" for that item.

1. Pre-death loss of function of mind and body of David Jones: 0

2. The present value of loss of consortium of Nancy Jones: $ 2,500,000

3. The present value of loss of consortium of Scott Jones: $ 1,000,000

TOTAL: 3,500,000

Dated: 9/18/19

/s/Foreperson
FOREPERSON*

* To be signed only if verdict is unanimous.

Juror** Juror**

Juror** Juror**

Juror** Juror**

Juror**

**To be signed by the jurors agreeing to it after six hours or more of deliberation.